**CALIFORNIA CONSUMER ATTORNEYS, P.C.**
Michael H. Rosenstein (SBN 169091)
Sepehr Daghighian (SBN 239349)
Brian T. Shippen-Murray (SBN 288188)
10866 Wilshire Boulevard, Suite 1200
Los Angeles, California 90024
Telephone: (310) 872-2600
Facsimile: (310) 730-7377
Attorneys for Plaintiffs,
CARMEN ALCARAZ and
ALBERTO GUTIERREZ

**THETA LAW FIRM, LLP**
Soheyl Tahsildoost (SBN 271294)
Mehgan Gallagher (SBN 338699)
12100 Wilshire Boulevard, Suite 1070
Los Angeles, California 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
Attorneys for Defendant,
MERCEDES-BENZ USA, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN ALCARAZ and ALBERTO GUTIERREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:23−cv−05532 JLS (AFMx) <br> Judge:   Hon. Josephine L. Staton <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Filed:   July 5, 2023 <br><br> Scheduling Conference: <br> Date:   September 1, 2023 <br> Time:   10:30 a.m. <br> Ctrm.:   8A |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiffs Carmen Alcaraz and Alberto Gutierrez ("Plaintiffs") and Defendant Mercedes-Benz USA, LLC ("Defendant" or "MBUSA") (collectively the "Parties") have reached a settlement as to the underlying claims in the above-referenced matter. The Parties are currently working to resolve the attorneys' fee and costs. In the event that the Parties are unable to resolve the attorneys' fee and costs by negotiation, Plaintiffs will file a motion pursuant to California Civil Code section 1794(d).

Upon approval and resolution of the attorneys' fee and costs, an executed Stipulation of Dismissal of the entire action will be filed.

IT IS SO STIPULATED.

Dated: August 24, 2023   **CALIFORNIA CONSUMER ATTORNEYS**

/s/ Brian T. Shippen-Murray
Michael H. Rosenstein
Sepehr Daghighian
Brian T. Shippen-Murray
Attorneys for Plaintiffs,
CARMEN ALCARAZ and
ALBERTO GUTIERREZ

Dated: August 24, 2023   **THETA LAW FIRM, LLP**

/s/ Mehgan Gallagher
Soheyl Tahsildoost
Mehgan Gallagher
Attorneys for Defendant,
MERCEDES-BENZ USA, LLC