## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN ALCARAZ, an individual, and ALBERTO GUTIERREZ, an individual,<br><br>       Plaintiffs,<br>  v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No: 2:23-cv-05532-JLS-AFMx<br><br>**JUDGMENT** |

The Court, having granted in part the Motion for Attorneys' Fees made by Plaintiffs CARMEN ALCARAZ and ALBERTO GUTIERREZ ("Plaintiffs"), hereby ORDERS:

- Plaintiff is the prevailing party;
- Plaintiff is entitled to attorneys' fees in the amount of $5,255.00.

The Court denies costs without prejudice to Plaintiff filing an application pursuant to Rule 54 of the Federal Rules of Civil Procedure and Local Rules 54-2 and 54-3.

**IT IS SO ORDERED.**

DATED: December 18, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE